NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAMPA BAY FISHERIES, INC. AND SINGLETON FISHERIES, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, AND DAVID V. AGUILAR, ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION AND DEANNA TANNER OKUN, CHAIRMAN, INTERNATIONAL TRADE COMMISSION,**
*Defendants-Appellees.*

---

2012-1419

---

Appeal from the United States Court of International Trade in case no. 08-CV-0404, Judge Leo M. Gordon.

---

**ON MOTION**

---

**O R D E R**

The United States and the United States Customs and Border Protection move for a 30-day extension of time, until after this Court's decision in 2008-1526, *PS Chez Sidney v. USITC*, becomes final, to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule is stayed. The parties should notify this court within 30 days of the final disposition in 2008-1526, concerning how they believe this appeal should proceed.

FOR THE COURT

AUG 28 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jessica R. Toplin, Esq.
John J. Kenkel, Esq.
Geoffrey Sam Carlson. Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2012

JAN HORBALY
CLERK